IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAR 5    2004

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-03-844 |
| | § | |
| ABEL CASTRO, JR. | § | |

## REPORT AND RECOMMENDATION

On October 6, 2003, Plaintiff filed the instant civil action seeking recovery on a defaulted student loan. Although a summons was issued on October 7, 2003, there is no indication that Defendant has been served with a copy of the summons and complaint. Nor has Plaintiff moved for a default judgment based on Defendant's failure to answer or otherwise defend in the instant case.

In light of the obvious dormancy of the instant case, this Court **RECOMMENDS** that this case be **DISMISSED** under Rule 4(m) of the Federal Rules of Civil Procedure for failure to accomplish service of the summons and complaint within the allotted 120 days.

The Clerk is **ORDERED** to send Plaintiff a copy of this Report and Recommendation by means in place for transmission of same. The Plaintiff shall have until **March 19, 2004**, to file written objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the prescribed time shall bar an aggrieved party from attacking on appeal the factual findings and legal conclusions accepted by the District Judge, except upon grounds of plain error.

**DONE** at Galveston, Texas, this the _____5ᵗʰ_____ day of March, 2004.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE