**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

United States Courts
Southern District of Texas
ENTERED

MAR 1 7 2004

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-03-844 |
| | § | (Claim No 58449/58451) |
| | § | |
| ABEL CASTRO, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim against Abel Castro, Jr. without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that Plaintiff has been unsuccessful in locating and serving the Defendant, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

DONE this 16th day of ___March___, 2004, at Galveston, Texas.

_____
United States District Judge
Magistrate